IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY HARRIS, | : | |
|     Plaintiff | : | No. 1:15-cv-01436 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Saporito)** |
| PENNSYLVANIA STATE | : | |
| EMPLOYEES, et al., | : | |
|     Defendant | : | |

## ORDER

Before the Court is the January 12, 2017 Report and Recommendation of Magistrate Judge Saporito. (Doc. No. 94.) No timely objections have been filed.[1] Accordingly, on this 31st day of January 2017, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Saporito (Doc. No. 94);

2. Plaintiff's motion for preliminary injunctive relief (Doc. No. 52), is **DENIED**;

3. Plaintiff's complaint (Doc. No. 1), is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and

4. The Clerk is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

[1] A review of the docket reveals that Plaintiff mailed a cryptic, four-page, single spaced letter on Wednesday, January 18, 2017 to the "Scranton Federal Court." The Court is unable to discern this letter's intended meaning, and thus, declines to construe the letter as objections to the Report and Recommendation.